# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>JASMINE LAQUANMOYEA THOMAS<br>*Defendant(s)* | )<br>)<br>) Case No.<br>)     5:20-MJ-1154-JG<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 7, 2020__ in the county of __Cumberland__ in the __Eastern__ District of __North Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 113(a) | Assault with Intent to Commit Murder in the Special Territorial Jurisdiction of the United States. |

This criminal complaint is based on these facts:

Please see attached affidavit incorporated as if fully restated herein.

☑ Continued on the attached sheet.

*Complainant's signature*

Jason E. Sondergaard, FBI Task Force Officer
*Printed name and title*

On this day, **JASON E. Sondergaard** appeared before me via reliable electronic means, was placed under oath, and attested to the contents of this Complaint.

Date: **7 FEBRUARY 2020**

*Judge's signature*

City and state: __Raleigh, North Carolina__

James E. Gates, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

## INTRODUCTION

I, Jason E. Sondergaard, Task Force Officer with the Federal Bureau of Investigation, being duly sworn, depose and state:

1. I am a Task Force Officer with the Federal Bureau of Investigation (FBI) and have been so employed with the Fayetteville Police Department for over twenty-four years and assigned as a Task Force Officer for over seven-and-a-half years. I am currently assigned to the Charlotte Field Office, Fayetteville Resident Agency, responsible for investigations into offenses related to international and domestic terrorism and weapons of mass destruction. As a detective with the Fayetteville Police Department, I have gained experience in homicide and violent assault investigations, and, as a task force officer with the FBI, I have gained experience in FBI investigations through training provided by the FBI, training from outside sources, individual research, and coordination with others how to investigate these types of crimes, as well as through the numerous investigations conducted by the FBI and my office into violent crimes. I have participated in the execution of numerous search warrants and arrests of local, state, and federal subjects charged with various offenses.

2. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant charging Jasmine Laquanmoyea THOMAS with violations of Title 18, United States Code, Section 113(a) (Assault with Intent to Commit Murder in the Special Territorial Jurisdiction of the United States).

3. Information contained within this affidavit is based upon information from my investigation, my personal observations, my training and experience, and information relayed to me by other law enforcement officers and agents.

4. Because this affidavit is being submitted for the limited purpose of securing authorization for the requested arrest warrant, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish the necessary foundation for the requested warrant.

## PROBABLE CAUSE

5. On February 7, 2020, at approximately 4:06 p.m., a 911 caller reported a shooting at the emergency department at the Fayetteville VA Medical Center (the VA Hospital) 2300 Ramsey Street, Fayetteville, North Carolina, 28301. The Fayetteville Police Department responded to the scene and notified the FBI, which also responded.

1



6. A VA Police officer was in the emergency department at the time of the shooting. He reported that the victim, Michael James Walker, stepped outside. Mr. Walker came back inside, said that he had been shot, and collapsed.

7. The officer ran outside and saw two females, a younger woman, later identified as Jasmine Laquanmoyea THOMAS, and a woman in a wheelchair, later identified as THOMAS's mother, Pamela Machelle McKinnon. Attempting to get control of the situation quickly, the officer placed the younger female prone on the ground and handcuffed her. When he approached the woman in the wheelchair, THOMAS told him that she (THOMAS) had shot the victim.

*[handwritten margin note: At direction of affiant.]*

8. According to witnesses in the emergency department, Walker had received treatment there that day. Just before the shooting, medical personnel discharged him, and he stepped outside to call his wife for a ride. Witnesses heard a gunshot, then Walker came back inside and reported that he had been shot.

9. Walker was triaged by medical personnel at the emergency department and then transported to Cape Fear Valley Medical Center, where he underwent emergency surgery for a gunshot wound to the lower abdominal area. Walker is currently in critical condition and has lost a large amount of blood.

10. Officers recovered a handgun that, security footage later showed, was thrown into the emergency department vestibule moments after the shooting. Investigators also recovered a projectile and shell casing. A vehicle registered to Ms. McKinnon was parked directly outside the emergency department vestibule. In front of the vehicle officers found a red duffle bag containing ammunition.

11. Agents interviewed Ms. McKinnon. She reported that she was transporting THOMAS to the VA Hospital in order to seek mental health help. Ms. McKinnon stated that when she drove up to the emergency department, THOMAS got out of the vehicle carrying the red duffle bag. THOMAS then pulled a handgun out of the duffle and shot Mr. Walker.

12. Based on my training, experience, and investigation, I have probable cause to believe that VA Hospital is federal property within the special territorial jurisdiction of the United States.

## CONCLUSION

13. Based on the foregoing investigation, I have probable cause to believe that Jasmine Laquanmoyea THOMAS did commit violations of federal law, including Title 18, United States Code, Section 113(a) (Assault with Intent to Commit Murder in the Special Territorial Jurisdiction of the United States). I respectfully request that criminal complaint warrants be issued for THOMAS's arrest.

JASON E. SONDERGAARD
Task Force Officer
Federal Bureau of Investigation

On this 7 day of February 2020, Jason E. Sondergaard, appeared before me via reliable means, was placed under oath, and attested to the contents of this Affidavit.

JAMES E. GATES
United States Magistrate Judge
Eastern District of North Carolina

3